

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

TEXAS DEPARTMENT OF FAMILY          §          No. 08-14-00148-CV
AND PROTECTIVE SERVICES,
                                    §          Appeal from the

          Appellant,
                                    §          120th District Court
v.
                                    §          of El Paso County, Texas
NORMA PARRA,
                                    §          (TC# 2009-1677)

          Appellee.
                                    §

**O R D E R**

The Court GRANTS Rebecca Macias' third request for an extension of time within which to file the Reporter's Record until **September 4, 2014.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Rebecca Macias, Roving Court Reporter for the 120th District Court for El Paso County, Texas, prepare the Reporter's Record and forward the same to this Court on or before September 4, 2014.

IT IS SO ORDERED this 6th day of August, 2014.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.